### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| COUNTRYWIDE HOME LOANS, INC. )<br>)<br>Plaintiff,      )<br>)<br>vs.                                       )<br>)<br>JEFF VANZANDT,                )<br>and                                     )<br>VANZANDT & ASSOCIATES, CHTD.,  )<br>)<br>Defendants.    ) | Case No. 06-CV-2157 KHV-DJW |

### ORDER OF DISMISSAL WITH PREJUDICE

COMES NOW, the above-referenced matter before the Court on joint motion for dismissal. Defendants appear by and through their attorney of record, John Bordeau, while Plaintiff appears by and through its attorney of record, Jeannie DeVeney.

The Court is advised that the case has been resolved by way of settlement and accordingly, the case is dismissed with prejudice. The parties will bear their own costs.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the above-referenced cause is dismissed with prejudice. The parties will bear their own costs.

**IT IS SO ORDERED.**

s/ Kathryn H. Vratil
Kathryn H. Vratil
United States District Judge

Date: October 23, 2007

1

Approved by:

*/s/ John E. Bordeau*
| | |
|---|---|
| John E. Bordeau, | KS# 17839 |
| William H. Sanders, Jr. | KS# 22299 |
| A. Scott Waddell | KS#20955 |

Sanders Conkright & Warren, LLP
40 Corporate Woods, Suite 1250
9401 Indian Creek Parkway
Overland Park, Kansas  66210
j.bordeau@sanconwar.com
Tel.#:  (913) 234-6100
Fax#:  (913) 234-6199
**ATTORNEYS FOR DEFENDANTS**


*/s/ Jeannie M. DeVeney*
| | |
|---|---|
| J. Nick Badgerow | KS 0936 |
| Jeannie M. DeVeney | KS 17445 |

700/40 Corporate Woods
9401 Indian Creek Parkway
Overland Park, KS  66210
jdeveney@spencerfane.com
Tele:  (913) 345-8100
Fax:   (913) 345-0736
**ATTORNEYS FOR PLAINTIFF**